UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JEFFREY BODOFF**, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 02-1991 (RCL) |
| **ISLAMIC REPUBLIC OF IRAN**, *et al.*, | ) | |
| Defendants. | ) | |

## JUDGMENT

In accord with the Findings of Fact and Conclusions of Law issued this date, it is hereby

ORDERED that plaintiffs' motion [26] to amend the affidavit of Nachum Barnea is GRANTED; and it is further

ORDERED that Default Judgment be entered in favor of plaintiffs and against defendants, the Islamic Republic of Iran and Ayatollah Ali Hoseini Khamenei, jointly and severally, in the amount of $16,988,300.00, of which $1,988,300.00 shall be allocated to the Estate of Yonathan Barnea; $5,000,000.00 shall be allocated to Nachum Barnea; $5,000,000.00 shall be allocated to Tamara Barnea; $2,500,000.00 shall be allocated to Shlomit Barnea and $2,500,000.00 shall be allocated to Uri Barnea.  It is further

ORDERED that Default Judgment be entered in favor of plaintiff Jeffrey Bodoff, as Administrator of the Estate of Yonathan Barnea, and against defendant Ayatollah Ali Hoseini Khamenei in the amount of $300,000,000.00.  It is further

ORDERED that plaintiffs, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Judgment and the Findings of Fact and Conclusions of Law

issued this date to defendants; and it is further

    ORDERED that this case be terminated from the dockets of this Court.

    SO ORDERED.

    Signed by Royce C. Lamberth, United States District Judge, March 29, 2006.